NUMBER 13-02-078-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                      CORPUS CHRISTI - EDINBURG

________________________________________________________________

 

MARIA E. PERALES AND EDWARD L. PERALES,            Appellants,

 

                                                   v.

 

SPOHN
HEALTH SYSTEM CORP., ET AL.,                               Appellees.

_______________________________________________________________

 

                         On appeal from the 94th District Court

                                  of Nueces County, Texas.

________________________________________________________________

 

                          MEMORANDUM OPINION

 

         Before Chief Justice
Valdez and Justices Hinojosa and Rodriguez

Opinion
Per Curiam

 








Appellants, MARIA E. PERALES AND EDWARD L. PERALES, perfected an appeal from a
judgment entered by the 94th District Court of Nueces
County, Texas, in cause number 97-5259-C.  After the record and briefs were filed and
after the cause was set for submission and oral argument, appellants filed a
motion to dismiss the appeal.  In the
motion, appellants state that the parties have reached an agreement with
respect to the issues presented in the appeal. 
Appellants request that this Court dismiss the appeal.

The Court, having
considered the documents on file and appellants= motion to dismiss the appeal, is of the opinion
that the motion should be granted.  Appellants= motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

 

Opinion delivered and filed this

the 21st
day of January, 2003.